POOL, Appellant, v. BENTS, Respondent. (Supreme Court, Appellate Division, Fourth De-

partment. May 22, 1907.) Action by Joseph W. Pool against Byron G. Bents. No opinion. Judgment affirmed, with costs.